### EX PARTE E. G. REYNOLDS.

#### No. 6933.   Decided March 29, 1922.

#### Contempt—Witness—Grand Jury—Companion Case.

Where the same questions were decided in a companion case, No. 6934, Ex Parte J. D. Copeland, 240 S. W. Rep., 314, in an opinion this day handed down, they need not be considered, and the relator is remanded to the custody of the sheriff.

From Travis County.   Original Habeas Corpus proceedings asking release from arrest under a warrant issued against the relator for refusing to testify as a witness before the grand jury.

The opinion states the case.

*Douglass & Carter,* and *Lon Curstin,* and *Hart & Patterson,* and *Garrett, Brownlee & Goldsmith,* for relator.

*R. G. Storey,* Assistant Attorney General, and *J. B. Robertson,* District Attorney, for the State.

LATTIMORE, JUDGE.—For the reasons given in No. 6934, Ex parte J. D. Copeland, 240 S. W. Rep. 314, this day handed down, which is a case upon exactly the same facts and governed by the same law as the instant case, the relator will be remanded to the custody of the Sheriff of Travis County as under the judgment of the District Court of said county.

*Remanded to custody.*